No. 83–383. FLORIDA v. DECONINGH. Sup. Ct. Fla. Certiorari denied.

No. 83–454. GLICK v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 83–494. WALKER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–499. MARCUS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–508. FOOD LION, INC. v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL. C. A. 4th Cir. Certiorari denied.

No. 83–513. RECORD DATA, INC. v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA (NEAL ET AL., REAL PARTIES IN INTEREST). C. A. 11th Cir. Certiorari denied.

No. 83–585. CAUBLE, DBA CAUBLE ENTERPRISES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–600. APKER ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 83–641. BRISTOL CORP., DBA FEY MANUFACTURING CORP. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–658. HALBERT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–672. ALTHISER ET AL. v. NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–674. MANN ET AL. v. FEDERAL CROP INSURANCE CORPORATION. C. A. 4th Cir. Certiorari denied.

No. 83–676. SAM RAYBURN DAM ELECTRIC COOPERATIVE, INC. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.